**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Corey Graham<br>    Marcia L Graham<br>              Debtor(s) | Case No. 15 B 38398 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/11/2015.

2) The plan was confirmed on 01/19/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 07/18/2017.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,926.60 |
| Less amount refunded to debtor | $3,171.44 |

**NET RECEIPTS:** $24,755.16

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,045.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,056.38 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,101.38

Attorney fees paid and disclosed by debtor:   $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL | Unsecured | 44.63 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 15,014.63 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 46.51 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hosp | Unsecured | 15,014.63 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 722.00 | 708.27 | 708.27 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 16,203.00 | 16,203.40 | 16,203.40 | 0.00 | 0.00 |
| AT&T | Unsecured | 286.86 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| BlueCross Blue Shield | Unsecured | 85,368.95 | NA | NA | 0.00 | 0.00 |
| Caliber Home Loans Inc | Secured | 233,330.00 | 226,228.26 | 226,228.26 | 0.00 | 0.00 |
| Caliber Home Loans Inc | Secured | 6,258.00 | 5,976.53 | 5,976.53 | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 21,344.00 | 22,048.66 | 22,048.66 | 6,413.81 | 1,252.74 |
| CBE Group | Unsecured | 852.03 | NA | NA | 0.00 | 0.00 |
| Chicago Christian Counseling | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Chicago Heights Fire Department | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | 623.59 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 300.00 | 0.00 | 300.00 | 270.21 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 849.70 | 5,870.00 | 5,870.00 | 0.00 | 0.00 |
| CMRE Finacial Services | Unsecured | 6.63 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 609.94 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 287.46 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 1,250.00 | 1,687.45 | 1,687.45 | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 238.30 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing, Inc | Unsecured | 965.43 | NA | NA | 0.00 | 0.00 |
| Credit Protection Assoc | Unsecured | 965.43 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bureau | Unsecured | 31.54 | NA | NA | 0.00 | 0.00 |
| Crescendo | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Crescent Bank & Trust | Secured | 33,142.00 | 33,287.59 | 33,142.00 | 9,838.76 | 1,878.26 |
| Crescent Bank & Trust | Unsecured | NA | 0.00 | 145.59 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CVS Caremark | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 26,455.00 | 26,852.36 | 26,852.36 | 0.00 | 0.00 |
| Dependon Collection | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants, Inc. | Unsecured | 433.54 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants, Inc. | Unsecured | 1,005.39 | NA | NA | 0.00 | 0.00 |
| EMP Cook County | Unsecured | 86.34 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 36.34 | NA | NA | 0.00 | 0.00 |
| FCI | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| Foti Chronopoulos MD SC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 39.59 | NA | NA | 0.00 | 0.00 |
| Global | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Gupta MD | Unsecured | 30.57 | NA | NA | 0.00 | 0.00 |
| Halsted Financial Services LLC | Unsecured | 1,187.83 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| HealthLab | Unsecured | 17.31 | NA | NA | 0.00 | 0.00 |
| Humana Healthcare Plan | Unsecured | 989.00 | NA | NA | 0.00 | 0.00 |
| IC Systems, Inc | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| IICIIA-Integrated Imaging | Unsecured | 206.32 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 200.00 | 214.76 | 214.76 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 591.10 | 591.10 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 503.88 | 587.28 | 587.28 | 0.00 | 0.00 |
| Lake Anesthesia Assoc. | Unsecured | 104.26 | NA | NA | 0.00 | 0.00 |
| Life Fitness | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 1,068.38 | 3,722.18 | 3,722.18 | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Midwest Anestesiologists LTD | Unsecured | 117.60 | NA | NA | 0.00 | 0.00 |
| Midwest Center Anesthesia Services | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology | Unsecured | 12.48 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Consultants | Unsecured | 442.36 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 164.87 | NA | NA | 0.00 | 0.00 |
| New York & Co | Unsecured | 225.44 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 380.74 | 213.30 | 213.30 | 0.00 | 0.00 |
| Northland Group, Inc. | Unsecured | 623.59 | NA | NA | 0.00 | 0.00 |
| PCL Alverno | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Phoenix Financial Serv | Unsecured | 86.34 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 538.19 | 538.19 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 378.45 | 378.45 | 0.00 | 0.00 |
| Radiology Imagaing Consultants, SC | Unsecured | 6.63 | NA | NA | 0.00 | 0.00 |
| Recovery Services, Inc. | Unsecured | 332.18 | NA | NA | 0.00 | 0.00 |
| Republic Services | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| Robert Morris College | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| Sanath Kumar M D | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 0.00 | 1,023.59 | 1,023.59 | 0.00 | 0.00 |
| South Suburban Cardiology | Unsecured | 36.93 | NA | NA | 0.00 | 0.00 |
| Southland Rheumatology Center | Unsecured | 85.51 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 562.44 | NA | NA | 0.00 | 0.00 |
| Surf Finance | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Suriya Sastri MD PC | Unsecured | 56.57 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Care Credit | Unsecured | 3,553.00 | NA | NA | 0.00 | 0.00 |
| Tinley Woods Surgery Center | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Trinity Christian College | Unsecured | 1,402.42 | NA | NA | 0.00 | 0.00 |
| TruGreen | Unsecured | 373.72 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 73,194.00 | 84,502.57 | 84,502.57 | 0.00 | 0.00 |
| University of Chicago Medicine | Unsecured | 398.68 | NA | NA | 0.00 | 0.00 |
| Walmart Discover/GECRB | Unsecured | 198.35 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Walter E. Smithe | Unsecured | 158.34 | NA | NA | 0.00 | 0.00 |
| Womens Care PC | Unsecured | 1,535.14 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $226,228.26 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,976.53 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $55,190.66 | $16,252.57 | $3,131.00 |
| All Other Secured | $300.00 | $270.21 | $0.00 |
| **TOTAL SECURED:** | **$287,695.45** | **$16,522.78** | **$3,131.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $214.76 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$214.76** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$143,023.73** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,101.38 |
| Disbursements to Creditors | $19,653.78 |
| **TOTAL DISBURSEMENTS:** | **$24,755.16** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/29/2018                           By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**